NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNIVERSAL ELECTRONICS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**UNIVERSAL REMOTE CONTROL, INC.,**
*Defendant-Appellant*

———————————

2015-1410, -1440, -1561, 16-1055

———————————

Appeals from the United States District Court for the Central District of California in No. 8:12-cv-00329-AG-JPR, Judge Andrew J. Guildford.

———————————

**ON MOTION**

———————————

**O R D E R**

The parties respond to this court's July 1, 2015 order staying the above captioned appeals and directing the parties to inform this court how they believed the appeals should proceed once the district court issued a final, appealable decision as to attorneys' fees.

The district court has determined the amount of attorneys' fees to be awarded to Universal Remote Control, Inc., and Universal Remote moves unopposed to consoli-

2          UNIVERSAL ELECTRONICS, INC. v. UNIVERSAL REMOTE
CONTROL, INC.

date these appeals and any new appeal from the district court's order awarding fees and expenses.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The stay is lifted.  The above-captioned appeals are consolidated.  The revised official caption is reflected above.

(2)   Any further appeal as to the district court's order awarding fees and expenses in this case also will be consolidated with the above captioned appeals.  The parties are directed to inform this court upon the filing of any such additional appeal.

(3)   Universal Remote shall submit a revised opening brief no later than 30 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31